ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-CR-00270-WHO |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| GLENNDA SANTOS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against GLENNDA SANTOS without prejudice.

DATED:    October 3, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:21-CR-00270-WH0

ORDER

Leave is granted to the government to dismiss without prejudice the Information against GLENNDA SANTOS.

Date: October 5, 2023

HON. WILLIAM H. ORRICK
United States District Judge

NOTICE OF DISMISSAL
No. 3:21-CR-00270-WH0